EAG:PTH
F. #2015R00897

```
FILED
CLERK

2016 JAN -4  AM 9: 24

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - - -X

NOTICE OF MOTION

Criminal Docket No.

**CR 16  0001**

**COGAN, J.**

**SCANLON, M.J.**

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
            January 4, 2016

                          ROBERT L. CAPERS
                          United States Attorney
                          Eastern District of New York
                          Attorney for Plaintiff
                          271 Cadman Plaza East
                          Brooklyn, New York 11201

                By:       */s/ (signature)*
                          Elizabeth Geddes
                          Patrick Hein
                          Assistant United States Attorney
                          (718) 254-6430/6284

Cc:    Clerk of the Court
         Peter Guadagnino, Esq.