

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG:PTH

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 5, 2016

<u>Via ECF</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. John Doe
            <u>Criminal Docket No. 16-001 (NGG)</u>

Dear Judge Garaufis:

      The government respectfully submits this letter to provide public notice that it filed a motion and proposed order to close the courtroom in this matter for a proceeding and that the government requested that the motion and any order entered by the Court be filed under seal.

      The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled for January 8, 2016 at 2:30 p.m.

      Respectfully submitted,

      ROBERT L. CAPERS
      United States Attorney

By:    /s/ Patrick T. Hein
       Patrick T. Hein
       Assistant U.S. Attorney
       (718) 254-6284